Date: 03/18/10                                                                                           Page: 1

## DIVIDENDS REMITTED TO THE COURT
Check Number 117 Dated 03/18/10
Case Number 08-34557 - SMITH, SUSAN E

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **APPLE VALLEY MEDICAL CLINIC**<br>14655 GALAXIE AVE<br>APPLE VALLEY MN 55124<br>FINAL DISTRIBUTION<br>802 | 000010 | 79.22 | 3.17 |
| ---------- Remittance Total -------------- | | 79.22 | 3.17 |

*John A. Hedback, Trustee*



RECEIVED
10 MAR 22 AM 11:12
U.S. BANKRUPTCY COURT
ST. PAUL, MN

Rec# 1935

COURT1                                                              Printed: 03/18/10 10:55 AM   Ver: 15.06b